**Allen Ray BISHOP, Appellant,**

v.

**OK FOODS, INC., Appellee.**

**No. 05-2548.**

United States Court of Appeals, Eighth Circuit.

Submitted May 19, 2006.

Filed May 24, 2006.

Allen Ray Bishop, Fort Smith, AR, pro se.

S. Walton Maurras, Smith & Maurras, Fort Smith, AR, for Appellee.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Allen Ray Bishop appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination

1. The Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, to whom the case was re-

suit against OK Foods, Inc., brought under Title VII. Having carefully reviewed the record, *see Kincaid v. City of Omaha,* 378 F.3d 799, 803–04 (8th Cir.2004) (de novo standard of review), we conclude that, as a matter of law, the conduct to which Bishop was subjected at the hands of his coworkers was not sufficiently severe or pervasive to amount to a racially hostile work environment. Accordingly, we affirm. *See* 8th Cir. R. 47B.

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).